## PINEHURST COMPANY v. CITY OF TUSCALOOSA.

(Decided February 10, 1915.)

APPEAL from Tuscaloosa Circuit Court.

Heard before Hon. BERNARD HARWOOD.

CLARKSON & MORRISETTE, for appellant. OLIVER, VERNER & RICE, and BROWN & WARD, for appellee.

Per curiam. Appeal dismissed by agreement.

---

## POWELL v. NANCE.

(Decided December 17, 1914.)

APPEAL from Madison Probate Court.

Heard before Hon. W. T. LAWLER.

LANIER & PRIDE, and SPRAGINS & SPEAKE, for appellant. R. E. SMITH, and S. S. PLEASANTS, for appellee.

Per curiam. Dismissed by agreement.

---

## RANDALL v. ASHLAND BAPTIST CHURCH.

(Decided January 14, 1915.)

APPEAL from Clay County Court.

Heard before Hon. E. J. GARRISON.

No counsel marked for either party.

Per curiam. Appeal dismissed.